LAW OFFICES OF JOHNNY L. GRIFFIN III
JOHNNY L. GRIFFIN III (SBN 118694)
VICTORIA M. CIGANDA, (SBN 215719)
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Plaintiff

WRIGHT & BRITTON
HAROLD C. WRIGHT (SBN 044400)
JOHN A. BRITTON (SBN 055490)
3001 Douglas Blvd., Suite 350
Roseville, CA 95661
Telephone: (916) 781-2050
Facsimile: (916) 782-7560

Attorneys for Defendants

UNITED STATES DISTRICT SULLIVAN

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGNES BENAVIDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN L. SULLIVAN FAMILY LIMITED PARTNERSHIP d/b/a JOHN L. SULLIVAN'S ROSEVILLE TOYOTA; CLYDE OMAR DIXON; and DOES I through XX, INCLUSIVE,<br><br>　　　　Defendants. | Case No.: CIV.S-04-0862 WBS DAD<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

//

//

//

1

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1  **IT IS HEREBY STIPULATED** by and between the parties to this action with the
2  consent of their designated counsel that the action filed in the United States District Court for the
3  Eastern District of California, entitled *Agnes Benavidez v. John L. Sullivan's Roseville Toyota, et
4  al., Case No. CIV.S-04-0862 WBS DAD*, be dismissed, in its entirety, without leave to amend and
5  with prejudice, as to all Defendants.
6
7
8  **PARTIES:**
9
10 Dated: 12-20-05
11                                              AGNES BENAVIDEZ
12
13
14 Dated: 1/6/05
                                                JOHN L. SULLIVAN'S ROSEVILLE TOYOTA
15
16
17 Dated: 1/6/06
18                                              CLYDE OMAR DIXON
19
20 **COUNSEL:**
21
22 Dated: 12-16-05                              LAW OFFICES OF JOHNNY L. GRIFFIN, III
23
24
25                                              By: _____
26                                              VICTORIA M. CIGANDA
                                                Attorney for AGNES BENAVIDEZ
27
28

LAW OFFICES OF
JOHNNY L. GRIFFIN, III
1010 F STREET, STE. 200
SACRAMENTO, CA 95814
PHONE (916) 444-5557
FAX (916) 444-5558

2

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Dated: 1/6/06

WRIGHT & BRITTON

By: /s/ John Britton
JOHN A. BRITTON
Attorney for JOHN L. SULLIVAN
FAMILY LIMITED PARTNERSHIP d/b/a
JOHN L. SULLIVAN'S ROSEVILLE
TOYOTA and CLYDE OMAR DIXON

## ORDER

IT IS SO ORDERED.

Dated: 1/12/2006

/s/ William B. Shubb
HON. WILLIAM B. SHUBB
United States District Judge

LAW OFFICES OF
JOHNNY L. GRIFFIN, III
1010 F STREET, STE. 200
SACRAMENTO, CA 95814
PHONE (916) 444-5557
FAX (916) 444-5558

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE